

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00266-CR

ALEC NAVA,

                                                      Appellant

v.

THE STATE OF TEXAS,

                                                      Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2017-2080-C2

## O R D E R

Alec Nava entered a plea of guilty to the offense of intoxication assault against an emergency worker and elected to have a jury assess punishment. The jury assessed punishment at 20 years confinement.

On January 3, 2019, Alec Nava's retained counsel filed a brief pursuant to *Anders v. California* and a motion to withdraw stating that after "a professional evaluation of the record in this case and a thorough review of applicable law, [counsel] has reached the

conclusion that there are no arguable grounds to be advanced to support an appeal and the appeal is frivolous under the standards applied in *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 493 (1967)."

Retained appellate counsel in a criminal case has three alternative courses of action available:

1. File a brief on the merits;
2. After advice to and consent from the client, withdraw the notice of appeal; or
3. Move to withdraw from representation.

*Craddock v. State*, 38 S.W.3d 886, 887 (Tex. App.—Waco 2001, order).

The provisions of *Anders v. California* do not apply to retained counsel. *Lopez v. State*, 283 S.W.3d 479, 480 (Tex. App.—Texarkana 2009, no pet.); *Rivera v. State*, 130 S.W.3d 454, 459 (Tex. App.—Corpus Christi 2004, no pet.); *Craddock v. State*, 38 S.W.3d at 887. However, once retained counsel has determined that there are no arguable issues for appeal, there are only two options available:

1. After advice to and consent of the client, withdraw the notice of appeal; or
2. Move to withdraw from representation.

*Craddock v. State*, 38 S.W.3d at 887.

Nava's retained counsel filed a motion to withdraw. After counsel filed a motion to withdraw, this Court entered an order on February 13, 2019 ordering counsel to provide Nava with a copy of the record. Counsel notified this Court that he complied with the February 13 Order and provided Nava with a copy of the record. We strike the *Anders* brief filed by counsel and grant counsel's motion to withdraw.

Nava has 30 days from the date of this Order to 1) retain new counsel, 2) take other action showing his desire to pursue his appeal, including but not limited to requesting the appointment of another attorney if he cannot afford one, or 3) notify this Court that he no longer desires to pursue his appeal.  If Nava fails to respond to this Order within 30 days, the appeal will be dismissed without further notice for want of prosecution.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Motion granted
Order issued and filed June 5, 2019
Do not publish

